**Thomas D. Powers**
**125 E John Carpenter Freeway**
**Suite 1100 11th Floor**
**Irving, TX  75062**
**(214) 855-9200 / (214) 965-0758  (Fax)**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

In Re:                                                                                                          Case # 11-34871-SGJ-13

      JEFFREY MARK TREDEMEYER
          Debtor

### Notice to Deposit Unclaimed Funds

Transmitted herewith is a check to deposit into the court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Disposition of Case:   **Completed**

Explanation:   **Check stale dated.  Unable to locate creditor.**

| Name of Payee on unclaimed check: | Amount: |
|---|---|
| Clerk of the Bankruptcy Court FBO<br>TEXAS WORKFORCE COMMISSION<br>RID BOCU ROOM 556<br>101 EAST 15TH STREET<br>AUSTIN, TX  78778 | $129.00 |

Dated:   February 23, 2017                                   /s/  Thomas D. Powers
                                                                    Office of the Standing Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on February 23, 2017.

US Trustee:           United States Trustee, 1100 Commerce Street, Room 9 C60, Dallas TX  75242
Debtor's Attorney:   Rubin And Associates Pc, 13601 Preston Road, Suite 500E, Dallas, Tx  75240

                                                                       /s/ Thomas D. Powers
                                                                       Office of the Standing Chapter 13 Trustee